## 7399.   Duhart *v.* The State.

Broyles, J.   1.  The defendant was indicted for and convicted of assault with intent to murder, and the undisputed evidence showed that he shot the prosecutor.  Under the facts of the case it was not error, in the absence of a timely written request, to fail to charge the law of voluntary manslaughter.  The court having fully and correctly charged the law of unlawful shooting at another, no harm was done to the defendant, as the only possible beneficial effect to the defendant of a charge upon the subject of voluntary manslaughter would have been that it would have authorized a finding of unlawful shooting at another.

2.  The evidence authorized the verdict, and there was no error in refusing a new trial.                    *Judgment affirmed.*

Decided June 26, 1916.

Indictment for assault with intent to murder; from Wilcox superior court—Judge George.  February 26, 1916.

*M. B. Cannon,* for plaintiff in error.

*Joseph B. Wall, solicitor-general,* contra.

---

## 7424.   Ellington *v.* The State.

Broyles, J.   The only assignments of error are contained in the usual general grounds of the motion for a new trial.  There was ample evidence to authorize the verdict, and the court did not err in refusing a new trial.                    *Judgment affirmed.*

Decided June 26, 1916.

Indictment for assault with intent to murder; from Laurens superior court—Judge Kent.  March 27, 1916.

*J. B. Green, George B. Davis,* for plaintiff in error.

*E. L. Stephens, solicitor-general,* contra.